# EXHIBIT B

Attorney(s): Aron Law PLLC
Index #: 655887/2023
Purchased/Filed: November 29, 2023
State of: New York
Court: Supreme
County/District: New York

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Sarah Morgulis, on behalf of herself and all other similarly situated

Plaintiff(s)

against

Bus Patrol America, LLC

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 70 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 7, 2023**, at **1:22 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons and Verified Class Action Complaint with Notice of Electronic Filing ( Mandatory Case )**

on
**BusPatrol America LLC sued herein as Bus Patrol America, LLC**
,
the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
7th day of December, 2023

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette

Invoice·Work Order # 2354850
Attorney File # **Morgulis**