# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SARAH MORGULIS, on behalf of herself and all other similarly situated,

Plaintiff,

- against -

BUS PATROL AMERICA, LLC.

Defendant.

Index No. 655887/2023

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Sarah Morgulis, on behalf of herself and all other similarly situated individuals ("Plaintiff") and counsel for Defendant Bus Patrol America, LLC ("Defendant"), that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint filed herein on November 27, 2023, is hereby extended up to and including the 26th day of January. This agreement does not constitute a waiver of any party's rights, other than Defendant agrees not to raise personal jurisdiction as an affirmative defense in its response.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and filed with the Clerk of the Court without further notice, and that signatures obtained via facsimile shall have the same force and effect as original signatures.

Dated: December 29, 2023
**ARON LAW, PLLC**
By: _____
Aviva Y. Horowitz, Esq.
*Of Counsel, Aron Law PLLC*
3692 Bedford Avenue, Suite P2
Brooklyn, New York 11229
Telephone: (718) 635-9500
aviva.aronlaw@gmail.com
*Attorneys for Plaintiff*

Dated: ~~December~~ January 3, 2023 2024
**NIXON PEABODY LLP**
By: _____
Timothy D. Sini, Esq.
Neil Diskin
Tower 46, 55 West 46th Steet
New York, New York 10036
Telephone: (212) 940-3000
tsini@nixonpeabody.com
*Attorneys for Defendant*