UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH MORGULIS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>Bus Patrol America, LLC,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 1:24-cv-113<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BusPatrol America, LLC s/h/a Bus Patrol America, LLC ("BusPatrol" or "Defendant"), hereby provides the following disclosure statement. BusPatrol, a Delaware limited liability company, discloses that its sole member is BusPatrol Holding Corp., a Delaware corporation. No publicly held corporation owns more than 10% of BusPatrol.

Dated: New York, New York
　　　　January 9, 2024

　　　　　　　　　　　　　　　　　　　　　　**NIXON PEABODY LLP**

　　　　　　　　　　　　　　　　　　　　　　By: ___/s/ *Neil P. Diskin*_____
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy D. Sini
　　　　　　　　　　　　　　　　　　　　　　　　　Neil P. Diskin
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Caruso
　　　　　　　　　　　　　　　　　　　　　　55 West 46th Street
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　(516) 832-7500
　　　　　　　　　　　　　　　　　　　　　　tsini@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　　ndiskin@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　　tcaruso@nixonpeabody.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*