UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH MORGULIS, *on behalf of herself and all others similarly situated*,

                    Plaintiff,

-against-

BUS PATROL AMERICA, LLC,

                    Defendant.

**ORDER**

24-cv-113 (ER)

In light of Plaintiff's amendment of the complaint (Doc. 21), Defendant's motion to dismiss the original complaint (Doc. 18) is dismissed without prejudice as moot.

Defendant shall answer or move to dismiss by April 12, 2024. Defendant does not need to file a premotion letter. If Defendant moves to dismiss, Plaintiff's opposition thereto will be due May 3, 2024 and Defendant's reply on May 10, 2024.

The Clerk of Court is respectfully directed to terminate the motion (Doc. 18).

SO ORDERED.

Dated:   March 22, 2024
            New York, New York

                                                    Edgardo Ramos, U.S.D.J.