

Nixon Peabody LLP
275 Broadhollow Road, Suite 300
Melville, NY 11747-4808

**Timothy D. Sini**
Partner

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 516.832.7655
F / 833.875.0420
tsini@nixonpeabody.com

September 10, 2024

*VIA ECF*

**MEMO ENDORSED**

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
 for the Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

**RE:  *Morgulis v. Bus Patrol America, LLC*, Case No. 24-CV-00113-ER**

Dear Judge Ramos:

This Firm represents defendant BusPatrol America, LLC s/h/a Bus Patrol America, LLC ("Defendant"). We write to request a second short adjournment of the pre-motion conference currently scheduled for Thursday, September 12, 2024 at 10:00 a.m. The reason for this request is that I will be travelling internationally for a different matter that day. I am available on the following days:

- Friday, September 13, 2024
- Wednesday, September 18, 2024
- Thursday, September 19, 2024

This is the second request for an adjournment of this pre-motion conference. The first request was made by Plaintiff with consent of Defendant. Plaintiff consents to this request.

Respectfully submitted,

Timothy D. Sini

cc:   Martin Bienstock and Joseph H. Aron (via ECF)

---

The pre-motion conference is adjourned to September 19, 2024, at 11 a.m.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  9/11/2024
New York, New York

4854-6795-1075.1