**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARAH MORGULIS, *on behalf of herself and all other similarly situated*,

                Plaintiff,

   -against-                                  24 **CIVIL** 00113 (ER)

                                                   **<u>JUDGMENT</u>**

BUS PATROL AMERICA, LLC,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 11, 2025, BusPatrol's motion to dismiss the complaint with prejudice is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

     April 11, 2025

                                                        **TAMMI M HELLWIG**

                                                        **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**